TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00274-CR

NO. 03-95-00275-CR

Marva B. White, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF MILAM COUNTY

NOS. 20,518 & 20,519, HONORABLE ROGER HASHEM, JUDGE PRESIDING

PER CURIAM

 On appeals de novo from justice of the peace court, the county court found
appellant guilty of speeding and failing to signal her intention to turn. The court assessed fines
of $75 and $30.

 In a case appealed from an inferior court to the county court in which fine imposed
by the county court does not exceed $100, this Court has jurisdiction solely to determine the
constitutionality of the statute on which the conviction was based. Tex. Code Crim. Proc. Ann.
art. 4.03 (West Supp. 1995). In her brief, appellant raises no point of error challenging the
constitutionality of the statutes she was found to have violated. Accordingly, we are without
jurisdiction of these appeals.

 The appeals are dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed for Want of Jurisdiction on Both Appeals

Filed: October 25, 1995

Do Not Publish